# Third District Court of Appeal
## State of Florida

Opinion filed April 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1535
Lower Tribunal No. 20-19
_____

**Fernando Lopez**,
Appellant,

vs.

**Miami-Dade County**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Hoffman, Larin & Agnetti, P.A., and John B. Agnetti and David L. Perkins; Samson Appellate Law, and Daniel M. Samson, for appellant.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney and Daniel Frastai, Assistant County Attorney, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Grier v. Metro. Dade Cnty.</u>, 660 So. 2d 273, 275 (Fla. 3d DCA 1995) ("While the County is responsible for damages resulting from a defect which has been in existence for so long that a reasonable inspection would reveal it, the County is entitled to summary judgment where it has no actual or constructive notice of the defect."); <u>San Miguel v. City of Miami</u>, 760 So. 2d 979, 980 (Fla. 3d DCA 2000) (affirming summary judgment for city in slip-and-fall negligence action where record was devoid of any indication of city's actual or constructive notice of dangerous condition created by loose water meter cover).